IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-mc-00032-MR-WCM

| | |
|---|---|
| P.T.C. PRODUCTION & TRADING COMPANY, )<br>)<br>Petitioner, )<br>v. )<br>)<br>AEGIS POWER SYSTEMS INC. )<br>)<br>Respondent. ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Joshua H. Bennett. The Motion indicates that Mr. Bennett, a member in good standing of the Bar of this Court, is local counsel for Petitioner and that he seeks the admission of Adam B. Abelson, who the Motion represents as being a member in good standing of the Bar of the State of Maryland. It further appears that the requisite admission fee has been paid. Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Adam B. Abelson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 23, 2020

W. Carleton Metcalf
United States Magistrate Judge