IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-mc-00032-MR-WCM

| | | |
|---|---|---|
| In re Application of | ) | |
| | ) | |
| P.T.C. PRODUCTION & TRADING COMPANY, AG, | ) ) | ORDER |
| | ) | |
| Applicant. | ) ) | |
| | ) | |

This matter is before the Court on a Renewed Motion to Seal (Doc. 13) filed by P.T.C. Production & Trading Company, AG ("PTC").

For the reasons stated in the Renewed Motion, the Motion will be granted with respect to PTC's request to seal Exhibits 17-18 and 20-27 attached to the Feit Declaration (Docs. 3-16, 3-17, 3-19 through 3-26). PTC now states that Exhibit 19 (Doc. 3-18) need not be sealed.

Exhibit B to the Abelson Declaration is a copy of the document subpoena PTC intends to serve on Aegis. Schedule A to that subpoena (Doc. 3-1, at 5-9 "Schedule A") is a list of documents to be produced by Aegis. PTC argues that Schedule A should be sealed because it contains information drawn from the other documents referenced by the Renewed Motion. The undersigned is not persuaded, however, that the sealing of Exhibit B is necessary, particularly as Exhibit B is at the heart of PTC's Ex Parte Application for Order Authorizing Discovery for Use in Foreign Proceedings Under 28 U.S.C. § 1782. It is not

apparent that Schedule A, on its face, contains confidential, proprietary, or otherwise sensitive information and PTC has not identified information that should be so designated.

**IT IS THEREFORE ORDERED** that the Renewed Motion to Seal (Doc. 13) is **GRANTED IN PART** as follows:

1. The Motion to Seal is **GRANTED** with respect to the following items which shall be placed under seal until further Order of the Court:

    a. Exhibits 17-18 (Docs. 3-16 and 3-17) and Exhibits 20-27 (Docs. 3-19 through 3-26) attached to the Feit Declaration.

2. The Renewed Motion to Seal is **DENIED** with respect to Exhibit B to the Abelson Declaration (Doc. 3-1).

3. The Clerk is respectfully directed to **UNSEAL**:

    a. Exhibit 19 (Doc. 3-18) to the Feit Declaration and

    b. Exhibit B to the Abelson Declaration (Doc. 3-1).

Signed: December 28, 2020

_____
W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:20-mc-00032-MR-WCM   Document 14   Filed 12/28/20   Page 2 of 2