IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 MC 32

| | | |
|---|---|---|
| P.T.C. PRODUCTION & TRADING COMPANY, | ) ) ) | |
| Petitioner, | ) ) | ORDER |
| v. | ) ) ) | |
| AEGIS POWER SYSTEMS INC, | ) ) ) | |
| Respondent. | ) ) | |

This matter is before the Court on a Motion to Quash Subpoenas filed by Aegis Power System's Inc. (the "Motion to Quash," Doc. 17).

For the reasons set forth in the Joint Stipulation to Dismiss Motion to Quash as Moot (Doc. 26) and considering the parties' Joint Motion for Protective Order (Doc. 27), which the undersigned has granted, **IT IS HEREBY ORDERED** that the Motion to Quash Subpoenas (Doc. 17) is **DENIED AS MOOT**.

Signed: June 28, 2021

W. Carleton Metcalf
United States Magistrate Judge